CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 NOV -8 AM 10: 20

DEPUTY CLERK *ac*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RHONDA WEBB,                          §
                                      §
            Plaintiff,                §
                                      §
v.                                    §          2:10-CV-207
                                      §
MICHAEL J. ASTRUE, Commissioner,      §
Social Security Administration,       §
                                      §
            Defendant.                §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING CASE

Plaintiff appealed the decision of the Social Security Administration denying plaintiff's application for disability insurance benefits and supplemental security income benefits. On October 13, 2011, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the complaint be dismissed for want of prosecution.

On October 25, 2011, plaintiff filed a response to the Report and Recommendation, in which plaintiff advises the Court (1) plaintiff has received a favorable decision by the Social Security Administration and no longer wishes to pursue her complaint in this Court and (2) plaintiff has no objections to the Report and Recommendation.

Accordingly, the Report and Recommendation is ADOPTED. All claims asserted by plaintiff in her original complaint are DISMISSED

IT IS SO ORDERED.

ENTERED this _____8th_____ day of _____November_____ 2011.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE